HANNAH C. DENNIN, Appellant, *v.* THOMAS W. FINUCANE et al., Defendants, and JOHN C. POWERS, Respondent.

*Dennin* v. *Finucane*, 176 App. Div. 946, affirmed.
(Argued October 9, 1919; decided October 24, 1919.)

APPEAL from a judgment entered February 2, 1917, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which affirmed a judgment in favor of defendant, respondent, entered upon an order of Special Term granting a motion by said defendant for judgment in his favor upon the pleadings. Plaintiff sued in equity, as assignee, for the rescission of certain contracts and the recovery of the purchase price of certain bonds.

*Louis Marshall* and *Arthur W. Weil* for appellant.
*Joseph W. Taylor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND, McLAUGHLIN and CRANE, JJ.